**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-00964-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BOYD MORRIS, President, Morris Management Group, Inc.,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal of Case (Doc 4 - filed May 16, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

IT IS FURTHER ORDERED that the hearing set **May 21, 2012 is VACATED**.

                                          BY THE COURT:


                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   May 17, 2012